## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: |
| James Clark, et. al. | FILED: JULY 15, 2008 |
| | 08CV4013 |
| v. | JUDGE ZAGEL |
| | MAGISTRATE JUDGE KEYS |
| Kane County, et. al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

James Clark and Elvira Clark                    PH

---

NAME (Type or print)
Thomas Peters

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
   s/  Thomas Peters

FIRM

STREET ADDRESS
407 S. Dearborn St., Suite 1675

CITY/STATE/ZIP
Chicago, IL 60605

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 02183587 | (312) 697-0022 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?          YES ✓          NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?          YES ☐          NO ☐

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES ✓          NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?     YES ✓     NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐