## United States District Court for the Northern District of Illinois

Case Number: 08cv4013         Assigned/Issued By: j. n.

Judge Name: zagel            Designated Magistrate Judge: keys

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00     [ ] $39.00       [ ] $5.00

[ ] IFP         [ ] No Fee      [ ] Other _____

[ ] $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350_____    Receipt #: 2935929_____

Date Payment Rec'd: 7-15-08_____    Fiscal Clerk: j. n._____

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____

[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
        (Type of Writ)

<u>  4  </u> Original and <u>  0  </u> copies on <u> 7-16-08 </u> as to <u>city of elgin; john a.</u>
                                    (Date)
<u>barsanti; kane county; lisa womack</u>

---

C:\wpwin80\docket\feeinfo.frm    03/14/05